IN THE MATTER OF THE ESTATE OF MARCUS KIRSCH-
ENBAUM, DECEASED.

See same case below: 44 *N. J. Super*. 391.

*Messrs. Edelstein & Edelstein* for the petitioner.

*Messrs. Novins & Novins* and *Mr. William E. O'Connor, Jr.,* for the respondent.

September 23, 1957. Denied.

DIECASTERS, INC., PLAINTIFF-RESPONDENT, v. LEO
GOLDENBERG, DEFENDANT-PETITIONER.

See same case below: 46 *N. J. Super*. 29.

*Mr. Benjamin Gittleman* and *Mr. A. Howard Finkel* for the petitioner.

*Mr. Chester Mueller* and *Mr. Anthony V. Caruso* for the respondent.

September 23, 1957. Denied.